IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>Plaintiff,<br><br>v.<br><br>VALLEY, et al.,<br><br>Defendants. | No. 2:21-CV-1414-DMC-P<br><br><br><br>ORDER |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 7, for an order compelling the California Department of Corrections and Rehabilitation to provide him with a copy of his prison trust account statement.

   On August 16, 2021, the Court directed Plaintiff to submit a completed application to proceed in forma pauperis or pay the filing fee. See ECF No. 3. Apparently in response, Plaintiff has filed the instant motion. Plaintiff's motion is denied as unnecessary. If Plaintiff files an application to proceed in forma pauperis, the Court will request a copy of Plaintiff's trust account statement directly from the prison and the prison will electronically file the trust account statement on the docket.

   The Court will sua sponte extend the time to comply with the Court's August 16, 2021, order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion, ECF No. 7, is denied as unnecessary;

2. Plaintiff shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, with the required certified copy of his trust account statement, or the appropriate filing fee; and

3. The Clerk of the Court is directed to send Plaintiff a new form Application to Proceed In Forma Pauperis By a Prisoner.

Dated: September 22, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE