UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>Plaintiff,<br><br>v.<br><br>VALLEY, et al.,<br><br>Defendants. | No. 2:21-cv-01414-DAD-DMC (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF THIS ACTION PURSUANT TO RULE 41 AND DISMISSING THIS CASE<br><br>(Doc. Nos. 62, 63) |

Plaintiff Raymond Alford Bradford is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 2, 2022, the assigned magistrate judge issued findings and recommendations recommendation that plaintiff's motion for injunctive relief be denied. (Doc. No. 57.) On November 3, 2022, the undersigned denied plaintiff's request for reconsideration of the magistrate judge's order granting defendants' request for an extension of time in which to respond to plaintiff's complaint. (Doc. No. 59.)

On November 28, 2022, plaintiff filed objections to the pending findings and recommendations in which plaintiff seeks voluntary dismissal of this action pursuant to Rule 41 of the Federal Rules of Civil Procedure. (Doc. No. 62.) Similarly, on December 16, 2022,

1

plaintiff filed "objections" to the undersigned's November 3, 2022 order, in which plaintiff reiterates his request that this action be voluntarily dismissed without prejudice. (Doc. No. 63.)

    Having considered plaintiff's filings (Doc. Nos. 62, 63) and his request for voluntary dismissal therein, the court will grant plaintiff's request for voluntary dismissal of this action without prejudice.

    Accordingly,

1. Plaintiff's request for voluntary dismissal of this action, without prejudice, (Doc. Nos. 62, 63) is granted;

2. This action is dismissed without prejudice;

3. Plaintiff's pending motion for injunctive relief (Doc. No. 23) and the pending findings and recommendations addressing that motion (Doc. No. 57) have been rendered moot by this order and the motion for injunctive relief is therefore denied;

4. Defendants' motion to revoke plaintiff's *in forma pauperis* status (Doc. No. 48) is denied as having also been rendered moot by this order; and

5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **December 21, 2022**         *Dale A. Drozd*
                                       UNITED STATES DISTRICT JUDGE